FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA 2006 JUL 20 PM 12: 22

SIGN_____ *pah*
DEPUTY CLERK

| | |
|---|---|
| BARBARA SHAW | CIVIL ACTION |
| VERSUS | DOCKET NO. *06-573* |
| CREDIT COLLECTION SERVICES, | SECTION *Parker* |
| ALLSTATE INSURANCE COMPANY | |
| AND XYZ INSURANCE COMPANY | MAGISTRATE *Dalby* |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446(d), defendant, Allstate Insurance Company, with full reservation of any and all defenses and objections hereby give notice of removal of the above-captioned action, case number 63,480, pending in the 18TH Judicial District Court for the Parish of Iberville, State of Louisiana. In support of removal, defendant states as follows:

1.

This notice of removal is timely pursuant to 28 U.S.C. § 1446(b) in that on June 28, 2006, defendant, Allstate Insurance Company, received initial notice of the claims presented by plaintiff, Barbara Shaw, through service of process. This notice of removal is being filed within 30 days after first receipt by a defendant through service of the Petition for Damages of plaintiff, Barbara Shaw, which pleading sets forth the claim for relief upon which the action is based.

2.

The 18TH Judicial District Court for the Parish of Iberville is located within the district of the United States District Court for the Middle District of Louisiana.

JSL, Removal

3.

Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served upon the removing defendant, which papers include the Petition, is attached hereto as Exhibit 1.

4. Federal Question

This Court has original jurisdiction of this action under 28 U.S.C. § 1331 and this action is therefore removable to this Court on that basis, given that plaintiff, Barbara Shaw, alleges in her Petition that defendant acted in violation of 15 U.S.C. § 1692, et seq.

5.

Pursuant to 28 U.S.C. § 1446(d), a copy of the Notice of Removal is being filed with the 18TH Judicial District Court for the Parish of Iberville.

6.

Defendant Allstate insurance Company is the only defendant served with the original Petition.

7.

This Court, therefore, has original jurisdiction through a federal question under 28 U.S.C. § 1331.

WHEREFORE, your defendant, Allstate Insurance Company, prays that the above action, now pending in the 18TH Judicial District Court for the Parish of Iberville be removed to the United States District Court for the Middle District of Louisiana.

Respectfully submitted,

**DONOVAN & LAWLER,** APLC

_____

**CHRISTOPHER E. LAWLER** (8139)
4608 Rye Street, Suite 200
Metairie, LA  70006
Telephone:  (504) 454-6808
Facsimile:  (504) 887-5885

Attorney for defendant,
Allstate Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was forwarded to all known counsel of record by United States Mail on July ___19___, 2006.

_____

CHRISTOPHER E. LAWLER

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA SHAW | CIVIL ACTION |
| VERSUS | DOCKET NO. |
| CREDIT COLLECTION SERVICES,<br>ALLSTATE INSURANCE COMPANY | SECTION |
| AND XYZ INSURANCE COMPANY | MAGISTRATE |

## CERTIFICATE OF COMPLIANCE WITH 28 U.S.C. § 1447(b)

It is hereby certified in accordance with the requirements of 28 U.S.C. § 1447(b) that the

documents attached hereto as exhibits are of the filing and constitute the entire record of the file

with the 18TH Judicial District Court for the Parish of Iberville in case number 63,480, division

B, entitled Barbara Shaw v. Credit Collection Services, Allstate Insurance Company and xyz

insurance company, which documents are as follows:

      (1)    Exhibit A

It is further certified that the attorneys and parties they represent in the captioned matter

are as follows:

      (1)    Mr. Edmond D. Jordan
               Post Office Box 490
               Brusly, LA 70719
               (225) 749-4400

               Counsel for plaintiff, Barbara Shaw

      (2)    Mr. Christopher E. Lawler
               Donovan & Lawler
               4608 Rye Street, Suite 200
               Metairie, LA 70006
               (504) 454-6808

               Counsel for defendant, Allstate Insurance Company

Respectfully submitted,

DONOVAN & LAWLER, APLC

CHRISTOPHER E. LAWLER (8139)
4608 Rye Street, Suite 200
Metairie, LA 70006
Telephone: (504) 454-6808
Facsimile: (504) 887-5885

Attorney for defendant,
Allstate Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was forwarded to all known counsel of record by United States Mail on July  19 , 2006.

BRANDI F. ERMON



18TH JUDICIAL DISTRICT COURT

**PARISH OF IBERVILLE**

**STATE OF LOUISIANA**

DOCKET NUMBER: *03, 480*                                                DIVISION: *B*

**BARBARA SHAW**

Versus

**CREDIT COLLECTION SERVICES, ALLSTATE INSURANCE COMPANY & XYZ INSURANCE COMPANY**

**PETITION FOR DAMAGES**

The petition of Barbara Shaw, domiciled in the Parish of Iberville, respectfully represents:

1.

Made Defendants herein are:

A. CREDIT COLLECTION SERVICES, a foreign company, with an address of Two Wells Avenue, Newton Massachusetts 02459 (PO Box 7249, Portsmouth, New Hampshire 03802-7249), engaged in the collection of debts from consumers using the mail and telephone. Defendant regularly attempts to collect consumer debts alleged to be due to another. Defendant was and is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6);

B. ALLSTATE INSURANCE COMPANY, a foreign insurance company authorized to do and doing business in the State of Louisiana, with the Secretary of State of the State of Louisiana as its agent upon whom citation and service are to be made; and,

C. XYZ INSURANCE COMPANY, an unknown but believed to be foreign insurance company authorized to do and doing business in the State of Louisiana, with the Secretary of State of the State of Louisiana as its agent upon whom citation and service are to be made.

2.

On or about January 8, 2005, Barbara Shaw was involved in an accident with an insured of Allstate Insurance Company ("Allstate").

SCANNED
IBERVILLE PARISH
PLAQUEMINE, LA

3.

Upon the City of Plaquemine Police Officer ("Officer") assessing the accident, he determined that Ms. Shaw should not be cited for any violations. However, the driver insured by Allstate was cited by the Officer and determined to be at fault for the accident.

4.

Upon inquiry, Allstate discovered that Ms. Shaw did not have motor vehicle liability security, as required by Louisiana Revised Statute 32:866.

5.

Allstate then informed Ms. Shaw that they would refuse to pay for the first ten thousand dollars of bodily injury and first ten thousand dollars of property damage suffered by Ms. Shaw.

6.

Subsequently, Allstate decided and informed Ms. Shaw that she would be at fault for the accident.

7.

After arbitrarily deciding that Ms. Shaw would be at fault for the accident, Allstate forwarded the expenses they paid on behalf of their insured to Credit Collection Services ("CCS").

8.

By correspondence, dated February 15, 2005, defendant CCS arranged for the preparation and transmittal of a letter to plaintiff Barbara Shaw at her address of 58920 Saint Louis Road, Plaquemine, Louisiana 707645-6517, demanding payment of a debt allegedly due Allstate in the amount of $3,158.44. The Letter was styled "THIS IS A FORMAL SUBROGATION NOTICE".

9.

The debt allegedly due Allstate was allegedly incurred by Barbara Shaw for personal, family, or household purposes.

10.

Allstate's and CCS' violations of the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq. "FDCPA") and the Louisiana Unfair Trade Practices Act (LA RS 51:1404, et. seq. "LUTPA"), which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices; include, but are limited to, the following: (1) The use of false representations or deceptive means to collect or attempt to collect a debt in violation of 15 U.S.C. §§1692e and

1692e(10) and Louisiana Revised Statute 51:1405; and  (2) The use of unfair or unconscionable

means to collect or attempt to collect any debt in violation of 15 U.S.C. §1692f.

11.

Petitioners allege on information and belief, that at the time of the acts described above, CCS was covered by a liability insurance policy, which had been sold and delivered by XYZ INSURANCE COMPANY to said CCS, which policy was then in full force and effect by virtue of the payment of premiums and otherwise.

12.

Petitioners further allege on information and belief that under the terms of said policy, XYZ INSURANCE COMPANY obligated itself to pay any and all damages caused to others as a result of the acts of CCS, and/or anyone working within the course and scope of their employment with CCS, and the acts of CCS and/or its employees, herein described above, were covered by said policy at the time of said incident.

13.

Allstate, CCS, and XYZ Insurance Company are therefore liable in solido unto Plaintiff for the damages and losses sustained by Plaintiff because of said violations, which are itemized and set out hereafter.

14.

As a result of theses violations of the FDCPA and LUTPA, Barbara Shaw has suffered and continues to suffer from pain and emotional distress.

15.

As a result of theses violations of the FDCPA and LUTPA, Barbara Shaw is entitled to an award of statutory damages, costs and attorney's fees.

14.

This conduct is unfair and fraudulent, because it has the capacity to mislead members of the general public, as more particularly described above.

WHEREFORE, petitioners pray:

1. That certified copies of this petition, together with citation, be issued and served according to law on the defendants:

   (a)  CREDIT COLLECTION SERVICES, via Long Arm Statute, at PO Box 7249, Portsmouth, New Hampshire 03802-7249;

   (b)  ALLSTATE INSURANCE COMPANY, by and through the Secretary of State of the State of Louisiana, its authorized agent for service of process, and;

   (c)  XYZ INSURANCE COMPANY, by and through the Secretary of State of the State of Louisiana, its authorized agent for service of process, when its identity is discovered.

2. That this matter be tried before jury.

3. After the lapse of all legal delays and proceedings had, there be judgment against CREDIT COLLECTION SERVICES, ALLSTATE INSURANCE COMPANY, and XYZ INSURANCE COMPANY in solido, in favor of BARBARA SHAW in such amounts as are reasonable in the premises.

4. For legal interest from date of judicial demand on all amounts awarded, and for all costs of these proceedings, along with statutory damages and attorney's fees; and

5. For all necessary orders and decrees as may be required or proper in the premises and for full, general and equitable relief.

Respectfully Submitted:

Edmond D. Jordan
Post Office Box 490
Brusly, LA 70719
(225) 749-4400
Attorney for Plaintiff

FILED

2006 FEB 15  P 4: 25

DY CLERK - EXOFFICIAL
IBERVILLE LOUISIANA

PLEASE SERVE:

CREDIT COLLECTION SERVICES
via Long Arm Statute
PO Box 7249
Portsmouth, New Hampshire 03802-7249
ALLSTATE INSURANCE COMPANY
through its agent for service of process
Secretary of State
Honorable Al Ater
State Archives Building
3851 Essen Lane
Baton Rouge, Louisiana 70809

HOLD SERVICE

XYZ INSURANCE COMPANY
through its agent for service of process
Secretary of State
Honorable Al Ater
State Archives Building
3851 Essen Lane
Baton Rouge, Louisiana 70809

FILED

2006 FEB 15 P 4: 25

DY CLERK OFFICIAL
IBERVILLE, LOUISIANA

18TH JUDICIAL DISTRICT COURT

PARISH OF IBERVILLE

STATE OF LOUISIANA

DOCKET NUMBER:                                          DIVISION:

BARBARA SHAW

Versus

CREDIT COLLECTION SERVICES, ALLSTATE INSURANCE COMPANY & XYZ
INSURANCE COMPANY

ORDER

Considering the request for trial by jury filed by Plaintiff herein,

IT IS ORDERED that this matter be tried before a jury, and that mover, BARBARA

SHAW, is ordered to post bond in the amount of $_____, said bond to be posted no later than

30 days prior to Trial on the merits.

Signed in Plaquemine, Louisiana this _____ day of _____,

2005.


_____
JUDGE, 18TH JUDICIAL DISTRICT COURT

18TH JUDICIAL DISTRICT COURT

PARISH OF IBERVILLE

STATE OF LOUISIANA

DOCKET NUMBER: 63,480                    DIVISION:

BARBARA SHAW

Versus

CREDIT COLLECTION SERVICES, ALLSTATE INSURANCE COMPANY & XYZ
INSURANCE COMPANY

PETITION FOR DAMAGES

The petition of Barbara Shaw, domiciled in the Parish of Iberville, respectfully represents:

1.

Made Defendants herein are:

A. CREDIT COLLECTION SERVICES, a foreign company, with an address of Two Wells Avenue, Newton Massachusetts 02459 (PO Box 7249, Portsmouth, New Hampshire 03802-7249), engaged in the collection of debts from consumers using the mail and telephone. Defendant regularly attempts to collect consumer debts alleged to be due to another. Defendant was and is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6);

B. ALLSTATE INSURANCE COMPANY, a foreign insurance company authorized to do and doing business in the State of Louisiana, with the Secretary of State of the State of Louisiana as its agent upon whom citation and service are to be made; and,

C. XYZ INSURANCE COMPANY, an unknown but believed to be foreign insurance company authorized to do and doing business in the State of Louisiana, with the Secretary of State of the State of Louisiana as its agent upon whom citation and service are to be made.

2.

On or about January 8, 2005, Barbara Shaw was involved in an accident with an insured of Allstate Insurance Company ("Allstate").

3.

Upon the City of Plaquemine Police Officer ("Officer") assessing the accident, he determined that Ms. Shaw should not be cited for any violations. However, the driver insured by Allstate was cited by the Officer and determined to be at fault for the accident.

4.

Upon inquiry, Allstate discovered that Ms. Shaw did not have motor vehicle liability security, as required by Louisiana Revised Statute 32:866.

5.

Allstate then informed Ms. Shaw that they would refuse to pay for the first ten thousand dollars of bodily injury and first ten thousand dollars of property damage suffered by Ms. Shaw.

6.

Subsequently, Allstate decided and informed Ms. Shaw that she would be at fault for the accident.

7.

After arbitrarily deciding that Ms. Shaw would be at fault for the accident, Allstate forwarded the expenses they paid on behalf of their insured to Credit Collection Services ("CCS").

8.

By correspondence, dated February 15, 2005, defendant CCS arranged for the preparation and transmittal of a letter to plaintiff Barbara Shaw at her address of 58920 Saint Louis Road, Plaquemine, Louisiana 707645-6517, demanding payment of a debt allegedly due Allstate in the amount of $3,158.44. The Letter was styled "THIS IS A FORMAL SUBROGATION NOTICE".

9.

The debt allegedly due Allstate was allegedly incurred by Barbara Shaw for personal, family, or household purposes.

10.

Allstate's and CCS' violations of the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq. "FDCPA") and the Louisiana Unfair Trade Practices Act (LA RS 51:1404, et. seq. "LUTPA"), which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices; include, but are limited to, the following: (1) The use of false representations or deceptive means to collect or attempt to collect a debt in violation of 15 U.S.C. §§1692e and

1692e(10) and Louisiana Revised Statute 51:1405; and  (2) The use of unfair or unconscionable

means to collect or attempt to collect any debt in violation of 15 U.S.C. §1692f.

11.

Petitioners allege on information and belief, that at the time of the acts described above, CCS was covered by a liability insurance policy, which had been sold and delivered by XYZ INSURANCE COMPANY to said CCS, which policy was then in full force and effect by virtue of the payment of premiums and otherwise.

12.

Petitioners further allege on information and belief that under the terms of said policy, XYZ INSURANCE COMPANY obligated itself to pay any and all damages caused to others as a result of the acts of CCS, and/or anyone working within the course and scope of their employment with CCS, and the acts of CCS and/or its employees, herein described above, were covered by said policy at the time of said incident.

13.

Allstate, CCS, and XYZ Insurance Company are therefore liable in solido unto Plaintiff for the damages and losses sustained by Plaintiff because of said violations, which are itemized and set out hereafter.

14.

As a result of theses violations of the FDCPA and LUTPA, Barbara Shaw has suffered and continues to suffer from pain and emotional distress.

15.

As a result of theses violations of the FDCPA and LUTPA, Barbara Shaw is entitled to an award of statutory damages, costs and attorney's fees.

14.

This conduct is unfair and fraudulent, because it has the capacity to mislead members of the general public, as more particularly described above.

WHEREFORE, petitioners pray:

1.    That certified copies of this petition, together with citation, be issued and served according to law on the defendants:

    (a)    CREDIT COLLECTION SERVICES, via Long Arm Statute, at PO Box 7249, Portsmouth, New Hampshire 03802-7249;

    (b)    ALLSTATE INSURANCE COMPANY, by and through the Secretary of State of the State of Louisiana, its authorized agent for service of process, and;

    (c)    XYZ INSURANCE COMPANY, by and through the Secretary of State of the State of Louisiana, its authorized agent for service of process, when its identity is discovered.

2.    That this matter be tried before jury.

3.    After the lapse of all legal delays and proceedings had, there be judgment against CREDIT COLLECTION SERVICES, ALLSTATE INSURANCE COMPANY, and XYZ INSURANCE COMPANY in solido, in favor of BARBARA SHAW in such amounts as are reasonable in the premises.

4.    For legal interest from date of judicial demand on all amounts awarded, and for all costs of these proceedings, along with statutory damages and attorney's fees; and

5.    For all necessary orders and decrees as may be required or proper in the premises and for full, general and equitable relief.

Respectfully Submitted:

Edmond D. Jordan
Post Office Box 490
Brusly, LA 70719
(225) 749-4400
Attorney for Plaintiff

Fax Filed on:
February 15, 2006 @ 4:25 P.M.

FILED
2006 FEB 16  A    3 3

Barbara ___
DY CLERK - EX OFFICIAL
IBERVILLE, LOUISIANA

PLEASE SERVE:

CREDIT COLLECTION SERVICES
via Long Arm Statute
PO Box 7249
Portsmouth, New Hampshire 03802-7249
ALLSTATE INSURANCE COMPANY
through its agent for service of process
Secretary of State
Honorable Al Ater
State Archives Building
3851 Essen Lane
Baton Rouge, Louisiana  70809

HOLD SERVICE

XYZ INSURANCE COMPANY
through its agent for service of process
Secretary of State
Honorable Al Ater
State Archives Building
3851 Essen Lane
Baton Rouge, Louisiana  70809

18TH JUDICIAL DISTRICT COURT

PARISH OF IBERVILLE

STATE OF LOUISIANA

DOCKET NUMBER:                                          DIVISION:

BARBARA SHAW

Versus

CREDIT COLLECTION SERVICES, ALLSTATE INSURANCE COMPANY & XYZ
INSURANCE COMPANY

ORDER

Considering the request for trial by jury filed by Plaintiff herein,

**IT IS ORDERED** that this matter be tried before a jury, and that mover, BARBARA

SHAW, is ordered to post bond in the amount of $ ~~To be determined~~ at Pretrial said bond to be posted no later than
Conference

30 days prior to Trial on the merits.

Signed in Plaquemine, Louisiana this 21st day of February            ,

2005.

_____
JUDGE, 18TH JUDICIAL DISTRICT COURT

A TRUE COPY
DATE 7/19/06
_____
Deputy Clerk, Ex-Officio, Iberville Parish, Louisiana

FILED

2006 MAR -3 A 10: 05

_____
DY CLERK - EXOFFICIAL
IBERVILLE, LOUISIANA

18TH JUDICIAL DISTRICT COURT

PARISH OF IBERVILLE

STATE OF LOUISIANA

DOCKET NUMBER:                                                    DIVISION:

BARBARA SHAW

Versus

CREDIT COLLECTION SERVICES, ALLSTATE INSURANCE COMPANY & XYZ
INSURANCE COMPANY

VERIFICATION

STATE OF LOUISIANA

PARISH OF IBERVILLE

BEFORE ME, the undersigned authority, personally came and appeared BARBARA

SHAW, who being duly sworn, deposed:

That she is the Plaintiff in the above referenced matter; that she has read the petition and

that all of the allegations of fact contained therein are true and correct to the best of her

knowledge, information and belief.

BARBARA SHAW

SWORN TO AND SUBSCRIBED before me on 15TH day of February, 2006.

EDMOND D. JORDAN
NOTARY PUBLIC, ID#: 56725

FILED

2006 MAR - 3 AM 05

DY CLERK - EX OFFICIAL
IBERVILLE, LOUISIANA

BARBARA SHAW

NO.: *63,480,* DIV.: *B*

18TH JUDICIAL DISTRICT COURT

VERSUS

PARISH OF IBERVILLE

CREDIT COLLECTION SERVICES
ALLSTATE INSURANCE COMPANY &
XYZ INSURANCE COMPANY

STATE OF LOUISIANA

### MOTION TO PROCEED IN FORMA PAUPERIS

**MOVER, BARBARA SHAW,** is a citizen of the State of Louisiana and desires to avail **(himself) (herself)** of the benefits provided by law, especially the Louisiana Code of Civil Procedure, Articles 5181-5188, as amended, and begs leave of this Honorable Court to proceed **"in forma pauperis."**

**MOVER** further alleges that **(he) (she)** is without means to pay costs in this action, either in advance or as they accrue, or to furnish security therefore (see attached fact sheet).

**WHEREFORE, MOVER PRAYS** that the Court allow **(him) ( her)** to proceed **"in forma pauperis"** as provided by the laws of the State of Louisiana.

_____
ATTORNEY FOR MOVER

STATE OF LOUISIANA
PARISH OF IBERVILLE

**BEFORE ME,** personally came and appeared: **BARBARA SHAW**, who, being duly sworn, did depose and say: That **(he) (she)** is unable, because of **(his) (her)** poverty and want of means to pay costs in advance or as they accrue or to furnish security therefor.

_____
(MOVER)

SWORN TO AND SUBSCRIBED, before me, on this ___15TH___ day of

__FEBRUARY_____, 2006, at __PLAQUEMINE_____, Louisiana.

_____
EDMOND D. JORDAN, NOTARY PUBLIC
ID #: 56725

FILED

2006 MAR -3

DY CLERK - EXOFFICIAL
IBERVILLE, LOUISIANA

BARBARA SHAW                    NO.:          ; DIV.:

                               18TH JUDICIAL DISTRICT COURT

VERSUS                          PARISH OF IBERVILLE

CREDIT COLLECTION SERVICES      STATE OF LOUISIANA
ALLSTATE INSURANCE COMPANY &
XYZ INSURANCE COMPANY


### FACTS CONCERNING MOVER

1)  FULL NAME: *Barbara Shaw*

2)  ADDRESS: *58920 St. Louis Rd.*
    *Plaquemine, La. 70764*

3)  TELEPHONE *(225) 687-0076*
    (EMPLOYMENT)

4)  BIRTH DATE: *06-29-58* SOCIAL SECURITY NO.: *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*

5)  PLACE OF BIRTH: *New Orlean, La.*
    (CITY)                          (STATE)

6)  MARITAL STATUS:

    ___SINGLE      *X* MARRIED      ___SEPARATED

    ___DIVORCED      ___WIDOWED

7)  NAME OF EMPLOYER:_____

    ADDRESS:_____

    _____
         (CITY)                    (STATE)

    TELEPHONE: (    ) _____

    LENGTH OF EMPLOYMENT_____

    WAGES: WEEKLY $_____; BI-WEEKLY $_____; MONTHLY $_____

8)  IF MARRIED AND LIVING WITH SPOUSE:

    SPOUSE'S NAME: *Lawrence Shaw*

    NAME AND ADDRESS OF EMPLOYER: *58910 St. Louis Rd (Plantin)*

    *58910 St.Louis Rd. (Plaq., La. 70764 (Plantino))*
    (ADDRESS)                    (CITY AND STATE)

    EARNINGS OF SPOUSE:

    WEEKLY $ *400.22*; BI-WEEKLY $_____; MONTHLY $_____

IN FORMA PAUPERIS
PAGE 3

9)  ARE YOU BUYING YOUR HOME?  _____YES  __X__NO

ADDRESS:_____

_____
(CITY)                              (STATE)

VALUE OF HOME: $_____    BALANCE OWED: $_____

10) DO YOU OWN OR HAVE AN INTEREST IN ANY OTHER LAND?
_____YES  __X__NO

IF ANSWER IS **YES**, STATE THE NATURE OF PROPERTY AND ITS VALUE:
_____

_____

11) DO YOU OWN OR HAVE AN INTEREST IN ANY OF THE FOLLOWING:

A.  AUTOMOBILE              ___YES  X_NO  VALUE_____

B.  MOBILE HOME             ___YES  X_NO  VALUE_____

C.  BOAT                    ___YES  X_NO  VALUE_____

D.  LIVESTOCK               ___YES  X_NO  VALUE_____

E.  MACHINERY               ___YES  X_NO  VALUE_____

F.  STOCKS                  ___YES  X_NO  VALUE_____

G.  BONDS                   ___YES  X_NO  VALUE_____

H.  CERTIFICATES OF DEPOSIT ___YES  X_NO  VALUE_____

I.  BANK ACCOUNTS           ___YES  X_NO  VALUE_____

J.  SAVINGS ACCOUNTS        ___YES  X_NO  VALUE_____

12) IS ANYONE DEPENDENT UPON YOU FOR SUPPORT? X_YES ___NO
    **IF YOUR ANSWER IS YES**, STATE THEIR NAMES, AGES, AND
    RELATIONSHIP:

Dorthalean Shaw _____ 18 _____ Child_____
(NAME)                  (AGE)      (RELATIONSHIP)

Barbara Shaw _____ 47 _____ Wife_____
(NAME)                  (AGE)      (RELATIONSHIP)

Kanisha Shaw _____ 8 _____ Child_____
(NAME)                  (AGE)      (RELATIONSHIP)

IN FORMA PAUPERIS
Page 4

| (NAME) | (AGE) | (RELATIONSHIP) |
|---|---|---|
| (NAME) | (AGE) | (RELATIONSHIP) |
| (NAME) | (AGE) | (RELATIONSHIP) |

13)   LIST ANY DEBTS YOU MAY HAVE:

| CREDITORS | AMOUNT OWED |
|---|---|
| Automobile *Nationwide* | $317.00 mnly |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

14)   LIST YOUR MONTHLY LIVING EXPENSES:

| EXPENSES | AMOUNT PAID |
|---|---|
| Food | $130.00 weekly |
| Clothing + Shoes | $150.00 every two mos. |
| Light bill | $124.00 mnly |
| Phone bill | $58.00 mnly. |
| Automobile | $317.00 mnly |

IN FORMA PAUPERIS
Page 5

Automobile Insurance    $194.86 monthly
Life Insurance          $174.44 monthly
Gas                     195.00 every two - 3 mo

15) Do you have any income or asset(s) which is not shown above?
___YES   X__NO
**(IF YOUR ANSWER IS YES, EXPLAIN:)**

16) Has your attorney explained to you or are you aware that it is a crime for which you could be sent to the penitentiary if you have intentionally given a false answer to any of the above? **(R.S. 14:123)**

✓ YES        ___NO

*Barbara Shaw*
**MOVER**

FILED
2006 MAR -3 A 10:05
*Deborah A. Candur*
DY CLERK - EX OFFICIAL
IBERVILLE, LOUISIANA

IN FORMA PAUPERIS
Page 6

STATE OF LOUISIANA
PARISH OF IBERVILLE

**BEFORE  ME,**   the   undersigned   authority,   personally   came   and   appeared
_Barbara Shaw_____, who, after being duly sworn deposed and said that
**(HE)(SHE)** is the person who furnished the information contained in the above form; that
**(HE)(SHE)** has signed same; that the information contained therein is true and correct; that this
information is being furnished to the 18th _Judicial District_____ Court for the
purpose of inducing a judge thereof to permit appearer to proceed in the above captioned lawsuit
pursuant to Louisiana Civil Code of Procedure 5181, et seq.

_Barbara Shaw_____
**(MOVER)**

**SWORN   TO   AND   SUBSCRIBED,** before   me,   Notary   Public,   at
_Plaquemine_____, Louisiana, on this _15th_____ day of
_February_____, 2006.

EDMOND D. JORDAN, NOTARY PUBLIC
ID #: 56725

STATE OF LOUISIANA
PARISH OF IBERVILLE

**BEFORE  ME,** the   undersigned   authority,   personally   came   and   appeared
_Dorthalean Shaw_____, who, after being duly sworn, deposed and said:
That **(HE)(SHE)** knows _Barbara Shaw_____, who is
the mover in the above-captioned matter and knows **(HIS)(HER)** financial condition, and
**(HE)(SHE)** firmly believes that **(HE)(SHE)** is unable to pay costs in this cause in advance or as
they accrue or to furnish security therefor.

_Dorthalean Shaw_____
**(WITNESS)**

**SWORN   TO   AND   SUBSCRIBED,**    before   me,   Notary   Public,   at
_Plaquemine_____, Louisiana, on this _15th_____ day of
_February_____, 2006.

EDMOND D. JORDAN, NOTARY PUBLIC
ID #: 56725

FILED
2006 MAR -3 A 10:06
DY CLERK - EX-OFFICIAL
IBERVILLE, LOUISIANA

IN FORMA PAUPERIS
Page 7

BARBARA SHAW                          NO.:          ; DIV.:

                                      18TH JUDICIAL DISTRICT COURT

VERSUS                                PARISH OF IBERVILLE

CREDIT COLLECTION SERVICES            STATE OF LOUISIANA
ALLSTATE INSURANCE COMPANY &
XYZ INSURANCE COMPANY


### ORDER


**THE FOREGOING MOTION,** supporting affidavit and sworn facts considered,

LET _Barbara Shaw_____ be permitted to file all pleadings,

appear in, and prosecute or defend in this action without prior payment of costs or
as they accrue, and without giving bond for costs, as provided by laws of the State
of Louisiana Code of Civil Procedure Articles 5181, et seq., as amended.

   _Plaquemine_____, Louisiana, on this _21st_ day of

_February_____, 20 _06_.



_____
                    JUDGE



```
FILED
2006 MAR -3  A 10: 05
Barbara O. Carville
DY CLERK - EXOFFICIAL
IBERVILLE, LOUISIANA
```

SHAW, BARBARA                No: 00000063480      Div: B

VERSUS                      18th Judicial District Court
                           State of Louisiana
CREDIT COLLECTION SERVICES  Parish of Iberville

The State of Louisiana and said Court to

CREDIT COLLECTION SERVICES (VIA LOUISIANA LONG ARM STATUTE)
POST OFFICE BOX 7249
PORTSMOUTH, NEW HAMPSHIRE 03802-7249

     You are hereby summoned either to comply with the demand contained in the
PETITION FOR DAMAGES
petition of the said PLAINTIFF, BARBARA SHAW _____ a copy

of which accompanies the citation, or deliver your answer to the said petition

in the office of the Clerk of said Court, held at the Court House at

Plaquemine, in said Parish, within 30 days after the service hereof, under

penalty of default.

     Witness the Honorable Judges, of said Court, this 3 day of   MARCH

A.D. 2006.

_____
Deputy Clerk

------------------------------------------------------------------------

SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day of

_____, _____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his

domicile in the parish in the hands of _____
a person apparently over the age of sixteen years, living and residing in
said domicile and whose name and other facts connected with this service, I
learned by interrogating the said person, said party herein being absent from
his residence at the time of said service.

RETURNED:

PARISH OF _____ this _____ day of _____, _____.

SERVICE   $_____                    By: _____
                                              Deputy Sheriff
MILEAGE   $_____

TOTAL     $_____

                    [ File Copy ]

```
SHAW, BARBARA                    No: 00000063480      Div: B

         VERSUS                       18th Judicial District Court
                                      State of Louisiana
CREDIT COLLECTION SERVICES            Parish of Iberville
```

The State of Louisiana and said Court to

ALLSTATE INSURANCE COMPANY (THROUGH ITS AGENT FOR SERVICE OF PROCESS)
SECRETARY OF STATE-HONORABLE AL ATER
STATE ARCHIVES BLDG-3851 ESSEN LANE
BATON ROUGE, LA 70809

    You are hereby summoned either to comply with the demand contained in the PETITION FOR DAMAGES
petition of the said <u>PLAINTIFF, BARBARA SHAW</u> _____ a copy

of which accompanies the citation, or deliver your answer to the said petition

in the office of the Clerk of said Court, held at the Court House at

Plaquemine, in said Parish, within ‍days after the service hereof, under

penalty of default.

    Witness the Honorable Judges, of said Court, this _3_ day of __MARCH__

A.D. _2006_.

                                 _____
                                   Deputy Clerk

---------------------------------------------------------------------------

SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day of

_____, _____ served the above named party as follows:

<u>PERSONAL SERVICE</u> on the party herein named _____

<u>DOMICILIARY SERVICE</u> on the party herein named by leaving the same at his

domicile in the parish in the hands of _____,
a person apparently over the age of sixteen years, living and residing in
said domicile and whose name and other facts connected with this service, I
learned by interrogating the said person, said party herein being absent from
his residence at the time of said service.

RETURNED:

PARISH OF _____ this _____ day of _____, _____.

SERVICE   $_____              By:_____
                                     Deputy Sheriff
MILEAGE   $_____

TOTAL     $_____

                    [ File Copy ]
```

| | |
|---|---|
| SHAW, BARBARA | No: 00000063480    Div: B |
| VERSUS | 18th Judicial District Court |
| | State of Louisiana |
| CREDIT COLLECTION SERVICES | Parish of Iberville |

The State of Louisiana and said Court to

XYZ INSURANCE COMPANY      (THROUGH ITS AGENT FOR SERVICE OF PROCESS)
SECRETARY OF STATE-HONORABLE AL ATER
STATE ARCHIVES BLDG-3851 ESSEN LANE
BATON ROUGE, LA 70809

    You are hereby summoned either to comply with the demand contained in the
PETITION FOR DAMAGES
petition of the said <u>PLAINTIFF, BARBARA SHAW</u>_____ a copy

of which accompanies the citation, or deliver your answer to the said petition

in the office of the Clerk of said Court, held at the Court House at

Plaquemine, in said Parish, within 15 days after the service hereof, under

penalty of default.

    Witness the Honorable Judges, of said Court, this_3__day of___MARCH__

A.D. _2006_.

_Barbara C. Caudie_
              Deputy Clerk

-----------------------------------------------------------------------

SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day of

_____, _____ served the above named party as follows:

<u>PERSONAL SERVICE</u> on the party herein named _____

<u>DOMICILIARY SERVICE</u> on the party herein named by leaving the same at his

domicile in the parish in the hands of _____,
a person apparently over the age of sixteen years, living and residing in
said domicile and whose name and other facts connected with this service, I
learned by interrogating the said person, said party herein being absent from
his residence at the time of said service.

RETURNED:

PARISH OF _____ this _____ day of _____, _____.

SERVICE   $_____.___          By:_____
                                    Deputy Sheriff
MILEAGE   $_____

TOTAL     $_____

[ File Copy ]

IN THE DOCKET #: 63480 "B":

PLEASE RE-ISSUE SERVICE TO ALLSTATE INSURANCE COMPANY,
THROUGH LOUISIANA SECRETARY OF STATE'S OFFICE AND TO
CREDIT COLLECTION SERVICES VIA LONG ARM SERVICE.

EDMOND D. JORDAN

FILED

2006 JUN 20 P 3:32

DY-CLERK EXOFFICIAL
IBERVILLE, LOUISIANA

```
          SHAW, BARBARA                 No: 00000063480      Div: B

              VERSUS                     18th Judicial District Court
                                         State of Louisiana
      CREDIT COLLECTION SERVICES         Parish of Iberville
```

The State of Louisiana and said Court to

CREDIT COLLECTION SERVICES (LOUISIANA LONG ARM STATUTE)
POST OFFICE BOX 7249
PORTSMOUTH, NEW HAMPSHIRE 03802-7249


    You are hereby summoned either to comply with the demand contained in the
PETITION FOR DAMAGES
petition of the said <u>PLAINTIFF, BARBARA SHAW</u> _____ a copy

of which accompanies the citation, or deliver your answer to the said petition

in the office of the Clerk of said Court, held at the Court House at

Plaquemine, in said Parish, within 15 days after the service hereof, under

penalty of default.

    Witness the Honorable Judges, of said Court, this <u>21</u> day of <u>   JUNE   </u>

A.D. <u>2006</u>.

                              _____
                                       Deputy Clerk


---------------------------------------------------------------------------

                        SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day of

_____, _____ served the above named party as follows:

<u>PERSONAL SERVICE</u> on the party herein named _____

<u>DOMICILIARY SERVICE</u> on the party herein named by leaving the same at his

domicile in the parish in the hands of _____,
a person apparently over the age of sixteen years, living and residing in
said domicile and whose name and other facts connected with this service, I
learned by interrogating the said person, said party herein being absent from
his residence at the time of said service.

RETURNED:

PARISH OF _____ this _____ day of _____, _____.

SERVICE    $_____            By:_____
                                           Deputy Sheriff
MILEAGE    $_____

TOTAL      $_____

                        [ File Copy ]
```

| | |
|---|---|
| SHAW, BARBARA | No: 00000063480      Div: B |
| VERSUS | 18th Judicial District Court |
| | State of Louisiana |
| CREDIT COLLECTION SERVICES | Parish of Iberville |

The State of Louisiana and said Court to

ALLSTATE INSURANCE COMPANY - THROUGH ITS AGENT FOR SERVICE OF PROCESS)
SECRETARY OF STATE, AL ATER-STATE ARCHIVES BUILDING
3851 ESSEN LANE
BATON ROUGE, LOUISIANA 70809

    You are hereby summoned either to comply with the demand contained in the
PETITION FOR DAMAGES
petition of the said PLAINTIFF, BARBARA SHAW _____ a copy

of which accompanies the citation, or deliver your answer to the said petition

in the office of the Clerk of said Court, held at the Court House at

Plaquemine, in said Parish, within 15 days after the service hereof, under

penalty of default.

    Witness the Honorable Judges, of said Court, this 21 day of   JUNE

A.D. 2006.

                                    _Barbara C. Cavalier_
                                    Deputy Clerk


----------------------------------------------------------------------------

                              SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day of

_____, _____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his

domicile in the parish in the hands of _____,
a person apparently over the age of sixteen years, living and residing in
said domicile and whose name and other facts connected with this service, I
learned by interrogating the said person, said party herein being absent from
his residence at the time of said service.


RETURNED:

PARISH OF _____ this _____ day of _____, _____.

SERVICE   $_____                  By:_____
                                          Deputy Sheriff
MILEAGE   $_____

TOTAL     $_____

                         [ File Copy ]

CITATION

RETURN

SHAW, BARBARA                        No: 00000063480        Div: B
        VERSUS                       18th Judicial District Court
CREDIT COLLECTION SERVICES           State of Louisiana
                                     Parish of Iberville

PAUPER CASE

... of Louisiana and said Court to

... INSURANCE COMPANY , THROUGH ITS AGENT FOR SERVICE OF PROCESS
... OF STATE, AL ATER STATE ARCHIVES BUILDING
... N LANE
... GE, LOUISIANA 70809

... hereby summoned ... the ... to comply with the demand contained in the
... FOR DAMAGES
... of the said PLAINTIFF, BARBARA SHAW ?                    a copy
... accompanies ... citation or deliver your answer to the said petition
... ice of the Cle ... said Court, held at the Court House at
... in said Parish, within ... days after the service hereof, under
... default

... the Honorable Judges of said Court, this 21 day of   JUNE

TRUE COPY

CAROLYN L...

Barbara ... Cavelier
                                        Deputy Clerk
... Ex-Officio, Recorder, Iberville Parish, Louisiana

SERVICE INFORMATION

7/7/06

**Elmer B. Litchfield**
Sheriff East Baton Rouge Parish

of Court  Iberville Parish
ox 423

nine, LA  70764

**DISTRICT COURT**
For the Parish of East Baton Rouge
6/26/2006

3480     BARBARA SHAW vs CREDIT COLLECTION SERVICES

| Date | Service Type | Charges |
|------|--------------|---------|
| 06/26/2006 | Citation & Petition | $20.00 |
| | ALLSTATE INSURANCE COMPANY THRU SOS; 1 Sos; BATON ROUGE, LA 70809 | |
| 06/26/2006 | Mileage Charge | $6.48 |

Case Total:          $26.48

18TH JUDICIAL DISTRICT COURT

PARISH OF IBERVILLE

STATE OF LOUISIANA

DOCKET NUMBER: 63,480                           DIVISION: ℬ

BARBARA SHAW

Versus

CREDIT COLLECTION SERVICES, ALLSTATE INSURANCE COMPANY & XYZ
INSURANCE COMPANY

PETITION FOR DAMAGES

The petition of Barbara Shaw, domiciled in the Parish of Iberville, respectfully
represents:

1.

Made Defendants herein are:

A. CREDIT COLLECTION SERVICES, a foreign company, with an address of Two
   Wells Avenue, Newton Massachusetts 02459 (PO Box 7249, Portsmouth, New
   Hampshire 03802-7249), engaged in the collection of debts from consumers using the
   mail and telephone. Defendant regularly attempts to collect consumer debts alleged
   to be due to another. Defendant was and is a "debt collector" as defined by the
   FDCPA, 15 U.S.C. §1692a(6);

B. ALLSTATE INSURANCE COMPANY, a foreign insurance company authorized to
   do and doing business in the State of Louisiana, with the Secretary of State of the
   State of Louisiana as its agent upon whom citation and service are to be made; and,

C. XYZ INSURANCE COMPANY, an unknown but believed to be foreign insurance
   company authorized to do and doing business in the State of Louisiana, with the
   Secretary of State of the State of Louisiana as its agent upon whom citation and
   service are to be made.

2.

On or about January 8, 2005, Barbara Shaw was involved in an accident with an insured
of Allstate Insurance Company ("Allstate").

3.

Upon the City of Plaquemine Police Officer ("Officer") assessing the accident, he determined that Ms. Shaw should not be cited for any violations. However, the driver insured by Allstate was cited by the Officer and determined to be at fault for the accident.

4.

Upon inquiry, Allstate discovered that Ms. Shaw did not have motor vehicle liability security, as required by Louisiana Revised Statute 32:866.

5.

Allstate then informed Ms. Shaw that they would refuse to pay for the first ten thousand dollars of bodily injury and first ten thousand dollars of property damage suffered by Ms. Shaw.

6.

Subsequently, Allstate decided and informed Ms. Shaw that she would be at fault for the accident.

7.

After arbitrarily deciding that Ms. Shaw would be at fault for the accident, Allstate forwarded the expenses they paid on behalf of their insured to Credit Collection Services ("CCS").

8.

By correspondence, dated February 15, 2005, defendant CCS arranged for the preparation and transmittal of a letter to plaintiff Barbara Shaw at her address of 58920 Saint Louis Road, Plaquemine, Louisiana 707645-6517, demanding payment of a debt allegedly due Allstate in the amount of $3,158.44. The Letter was styled "THIS IS A FORMAL SUBROGATION NOTICE".

9.

The debt allegedly due Allstate was allegedly incurred by Barbara Shaw for personal, family, or household purposes.

10.

Allstate's and CCS' violations of the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq. "FDCPA") and the Louisiana Unfair Trade Practices Act (LA RS 51:1404, et. seq. "LUTPA"), which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices; include, but are limited to, the following: (1) The use of false representations or deceptive means to collect or attempt to collect a debt in violation of 15 U.S.C. §§1692e and

1692e(10) and Louisiana Revised Statute 51:1405; and  (2) The use of unfair or unconscionable means to collect or attempt to collect any debt in violation of 15 U.S.C. §1692f.

11.

Petitioners allege on information and belief, that at the time of the acts described above, CCS was covered by a liability insurance policy, which had been sold and delivered by XYZ INSURANCE COMPANY to said CCS, which policy was then in full force and effect by virtue of the payment of premiums and otherwise.

12.

Petitioners further allege on information and belief that under the terms of said policy, XYZ INSURANCE COMPANY obligated itself to pay any and all damages caused to others as a result of the acts of CCS, and/or anyone working within the course and scope of their employment with CCS, and the acts of CCS and/or its employees, herein described above, were covered by said policy at the time of said incident.

13.

Allstate, CCS, and XYZ Insurance Company are therefore liable in solido unto Plaintiff for the damages and losses sustained by Plaintiff because of said violations, which are itemized and set out hereafter.

14.

As a result of theses violations of the FDCPA and LUTPA, Barbara Shaw has suffered and continues to suffer from pain and emotional distress.

15.

As a result of theses violations of the FDCPA and LUTPA, Barbara Shaw is entitled to an award of statutory damages, costs and attorney's fees.

14.

This conduct is unfair and fraudulent, because it has the capacity to mislead members of the general public, as more particularly described above.

WHEREFORE, petitioners pray:

1.  That certified copies of this petition, together with citation, be issued and served according to law on the defendants:

    (a)  CREDIT COLLECTION SERVICES, via Long Arm Statute, at PO Box 7249, Portsmouth, New Hampshire 03802-7249;

    (b)  ALLSTATE INSURANCE COMPANY, by and through the Secretary of State of the State of Louisiana, its authorized agent for service of process, and;

    (c)  XYZ INSURANCE COMPANY, by and through the Secretary of State of the State of Louisiana, its authorized agent for service of process, when its identity is discovered.

2.  That this matter be tried before jury.

3.  After the lapse of all legal delays and proceedings had, there be judgment against CREDIT COLLECTION SERVICES, ALLSTATE INSURANCE COMPANY, and XYZ INSURANCE COMPANY in solido, in favor of BARBARA SHAW in such amounts as are reasonable in the premises.

4.  For legal interest from date of judicial demand on all amounts awarded, and for all costs of these proceedings, along with statutory damages and attorney's fees; and

5.  For all necessary orders and decrees as may be required or proper in the premises and for full, general and equitable relief.

Respectfully Submitted:

Edmond D. Jordan
Post Office Box 490
Brusly, LA 70719
(225) 749-4400
Attorney for Plaintiff

A TRUE COPY
DATE 6-21-06
Barbara _____
Deputy Clerk, Ex-Officio, Recorder, Iberville Parish, Louisiana

Fax Filed on:
February 15, 2006 @ 4:25 P.M.

FILED
2006 FEB 16
Barbara _____
DY. CLERK - EX OFFICIO
IBERVILLE, LOUISIANA

PLEASE SERVE:

CREDIT COLLECTION SERVICES
via Long Arm Statute
PO Box 7249
Portsmouth, New Hampshire 03802-7249

ALLSTATE INSURANCE COMPANY
through its agent for service of process
Secretary of State
Honorable Al Ater
State Archives Building
3851 Essen Lane
Baton Rouge, Louisiana 70809

HOLD SERVICE

XYZ INSURANCE COMPANY
through its agent for service of process
Secretary of State
Honorable Al Ater
State Archives Building
3851 Essen Lane
Baton Rouge, Louisiana 70809

18TH JUDICIAL DISTRICT COURT

PARISH OF IBERVILLE

STATE OF LOUISIANA

DOCKET NUMBER:                                                  DIVISION:

BARBARA SHAW

Versus

CREDIT COLLECTION SERVICES, ALLSTATE INSURANCE COMPANY & XYZ
INSURANCE COMPANY

ORDER

Considering the request for trial by jury filed by Plaintiff herein,

**IT IS ORDERED** that this matter be tried before a jury, and that mover, BARBARA

SHAW, is ordered to post bond in the amount of $ *To be determined at Pre-trial Conference* said bond to be posted no later than

30 days prior to Trial on the merits.

Signed in Plaquemine, Louisiana this _21st_ day of _February_ ,

2005.

_____
JUDGE, 18TH JUDICIAL DISTRICT COURT

FILED

2006 MAR -3 A 11: 05

_____
DY CLERK - EXOFFICIAL
IBERVILLE, LOUISIANA

18TH JUDICIAL DISTRICT COURT

PARISH OF IBERVILLE

STATE OF LOUISIANA

DOCKET NUMBER:                                          DIVISION:

BARBARA SHAW

Versus

CREDIT COLLECTION SERVICES, ALLSTATE INSURANCE COMPANY & XYZ
INSURANCE COMPANY

VERIFICATION

STATE OF LOUISIANA

PARISH OF IBERVILLE

BEFORE ME, the undersigned authority, personally came and appeared BARBARA

SHAW, who being duly sworn, deposed:

That she is the Plaintiff in the above referenced matter; that she has read the petition and

that all of the allegations of fact contained therein are true and correct to the best of her

knowledge, information and belief.

BARBARA SHAW

SWORN TO AND SUBSCRIBED before me on 15TH day of February, 2006.

EDMOND D. JORDAN
NOTARY PUBLIC, ID#: 56723

A TRUE COPY
DATE 7/19/06
Deputy Clerk, Ex-Officio, Recorder, Iberville Parish, Louisiana

FILED
2006 MAR - 3 AM 9:05

DY CLERK - EX OFFICIAL
IBERVILLE, LOUISIANA

JS 44 (Rev 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Barbara Shaw

**DEFENDANTS**

Credit Collection Services, Allstate Insurance Company and XYZ Insurance Company

**(b)** County of Residence of First Listed Plaintiff    Iberville Parish
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Edmond D. Jordan, P.O. Box 490, Brusly, LA  70719
(225) 749-4400

Attorneys (If Known)

Christopher E. Lawler, Donovan & Lawler, 4608 Rye Street, Metairie, LA  70006, Attorney for Allstate Insurance Company

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

*PERSONAL INJURY*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

*PERSONAL INJURY*
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
  Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☒ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC  § 1692

Brief description of cause:
Fair Debt Collection Practices

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions.)

JUDGE  Hon. Robin Free

DOCKET NUMBER  63,480 Div. "B", 18th JDC

DATE
07/20/2006

SIGNATURE OF ATTORNEY OF RECORD
Christopher E. Lawler

**FOR OFFICE USE ONLY**

RECEIPT #  4699003573
AMOUNT
APPLYING IFP
JUDGE
MAG. JUDGE