UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



FILED
U.S. DIST. COURT
M... F LA

2008 JUL 30 P 2: 10

BY DEPUTY CLERK

BARBARA SHAW

VERSUS

CIVIL ACTION NO.: 06-513-JVP-DLD

CREDIT COLLECTION SERVICES,
ET AL

## JUDGMENT

Considering the court's ruling of July 28, 2008 granting the Motion to Dismiss filed by Allstate;

IT IS ORDERED that this action is hereby **DISMISSED**.

Baton Rouge, Louisiana, July 30, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA